**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104-4815

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN I. GUARDIA,<br>　　　　　　Plaintiff,<br>　　vs.<br>CITIMORTGAGE, INC., (Lender) A New York Corporation; U.S. BANK TRUST NATIONAL ASSOCIATION, as Trustee of the Cabana Series IV Trust; SN SERVICING CORPORATION, (An Alaska Corporation) Attorney in Fact for U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust; ALLISON HOLLAND, Vice President for SN Servicing Corporation; PRESTIGE DEFAULT SERVICES, Trustee; BRIANA YOUNG, Trustee Sale Officer for Prestige Default Services; GHIDOTTI BERGER LLP, A Law Firm; MICHELLE R. GHIDOTTI (a.k.a.) Michelle Ghidotti-Gonsalves (California SBN 232837), an attorney for Ghidotti \| Berger LLP; CHASE A. BERGER (Florida SBN 83794), an attorney for Ghidotti \| Berger LLP; LOCKE | CASE NO. 2:21-cv-00553-SVW-PVC<br><br>*Hon. Stephen V. Wilson*<br><br>**JUDGMENT**<br><br>Complaint Filed: January 8, 2021 |

|   |   |
|---|---|
| LORD LLP, A Law Firm; REGINA J. MCCLENDON (California SBN 184669), an attorney for Locke Lord LLP; SIMON M. FENG (California SBN 295360), an attorney for Locke Lord LLP; and DOES 1 through 19, Inclusive, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

On July 26, 2021, this Court entered an order granting the motions to dismiss filed by three sets of defendants: 1) the motion to dismiss filed by defendant CitiMortgage Inc., 2) the motion to dismiss filed by defendants Locke Lord LLP, Regina J. McClendon, and Simon M. Feng, and 3) the motion to dismiss filed by defendants U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, SN Servicing Corporation, Allison Holland, Prestige Default Services, LLC, Briana Young, Ghidotti | Berger, LLP, Michelle R. Ghidotti, and Chase Berger. Dkt. No. 101. The July 26, 2021 Order dismissed the second amended complaint filed by plaintiff Edwin I. Guardia as to all Defendants with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff as to each and every cause of action in this action, and that Plaintiff take nothing by way of his claims.

IT IS SO ORDERED.

Dated:  July 29, 2021

_____
STEPHEN V. WILSON
United States District Judge